IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD DICKSON,

                        Petitioner,

    v.

RICHARD SUBIA, Warden,

                        Respondent.

CIV S-07-1232 LKK KJM P

**ORDER**

      GOOD CAUSE APPEARING, it is hereby ordered that Respondent has until March 30, 2008, to file his answer to the petition for writ of habeas corpus (docket no. 12). If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of service of the answer.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER** – *Dickson v. Subia*, **CIV S-07-1232 LKK KJM P**   1