IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADFORD DICKSON,

        Petitioner,                No. CIV S-07-1232 LKK KJM P

    vs.

RICHARD SUBIA, Warden,

        Respondent.         ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's application for an extension of time (Docket No. 17) is granted; and

        2. Petitioner shall file and serve a traverse on or before June 4, 2008.

DATED: May 2, 2008.

                                                  U.S. MAGISTRATE JUDGE

/mp
dick1232.111