UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD DICKSON,<br><br>                Petitioner,<br><br>   v.<br><br>R.J. SUBIA,<br><br>                Respondent. | CASE NO. C07-1232JLR<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

    The court has reviewed Petitioner's motion for a certificate of appealability. (Dkt. # 33.) In that motion, Petitioner acknowledges that this court has already declined to issue a certificate of appealability in this case. (Mot. at 3; *see* Order entered July 12, 2010 (Dkt. # 28).) Petitioner cites to the former Rule 11 of the Rules Governing Section 2254 Cases wherein the petitioner must file a motion for a certificate of appealability before the district court rules on the motion. Effective December 1, 2009, Rule 11 was amended to require the district court to "issue or deny a certificate of appealability when

ORDER- 1

it enters a final order adverse to the applicant." This is what occurred in this case. Petitioner may, however, seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

Accordingly, the court orders as follows:

(1) The clerk shall TERMINATE the motion for certificate of appealability (Dkt. # 33),

(2) The clerk shall transmit a copy of this order, the docket in this action, and Petitioner's motion for a certificate of appealability to the Ninth Circuit Court of Appeals; and

(3) The clerk shall transmit a copy of this order to Petitioner at his address of record, and at his address of record as reflected on the Ninth Circuit docket.

Dated this 24th day of September, 2010.

JAMES L. ROBART
United States District Judge

ORDER- 2